```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In the Matter of E.Z., and S.Z.<br><br>ARNALDUR SCHRAM<br>     Petitioner,<br>vs.<br>TANIA ZARAK<br>     Respondent. | No. 21-cv-6524<br><br>**ORDER TO SHOW CAUSE**<br>**WITH RESPECT TO ALLEGED**<br>**CHILD ABDUCTION** |

**The Convention on the Civil Aspects of International Child Abduction, done at The Hague on October 25, 1980; International Child Abduction Remedies Act, 22 U.S.C. 9001** *et seq.*

Before the Court is the Verified Petition for Return of Children to Iceland (the "Petition for Return"). Upon considering the Petition for Return, the Motion to Expedite, the Hague Convention, and ICARA, it is this 13th day of August, 2021:

ORDERED that Respondent, Tania Zarak, or her attorneys, show cause before this Court, on the 18th day of August, 2021 at 12:00PM, why an order should not be made and entered granting the Petitioner the following relief:

a. Pursuant to Article 11 of the Hague Convention on the Civil Aspects of International Child Abduction, setting an expedited hearing on the Petition and communicating that hearing date and time to Petitioner so that Petitioner may provide notice of these proceedings and the hearing to Respondent pursuant to 22 U.S.C. § 9003(c); and

b. Issue an order following the hearing, directing that E.Z. and S.Z. shall be returned to their Habitual Residence of Iceland, pursuant to Articles 1(a) and 12 of the Hague Conventionon the Civil Aspects of International Child Abduction and Section 4(b) of the International Child Abduction Remedies Act ("ICARA"), 22 U.S.C. § 9003(b); and

c. Issue an order prohibiting the removal of the Children from the jurisdiction of this Court, pending a hearing on the merits of the Petition; and

d. Issue an immediate order that Respondent surrender any and all of her passports and all of the passports of the Children.

    e. Issue an order directing Respondent to pay Petitioner for all costs and fees incurred to date by reason of the Children's wrongful retention pursuant to 22 U.S.C. § 9007(b)(3) and the Hague Convention, Article 26; and

    f. any such further relief as justice and its cause may require.

The Show Cause hearing will be held remotely using the Microsoft Teams platform. The parties will receive a links to join the hearing by video. Any members of the public or media may access the proceeding by telephone by dialing 917-933-2166 and entering access code 374996283#.

    IT IS FURTHER ORDERED that pending the August 18 hearing, Respondent is enjoined from removing E.Z or S.Z. from the Southern District of New York for any purpose.

    IT IS FURTHER ORDERED that personal service of a copy of this Order, together with the copies of the papers upon which it was brought on Respondent before 12:00PM on the 14th day of August, 2021, shall be deemed sufficient. Respondent must file any response to this order and the motion to expedite on the ECF docket for this case by 9:00AM on August 17, 2021.

_____
Mary Kay Vyskocil
United States District Judge

8/13/2021
Date