UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARNALDUR SCHRAM,

                Petitioner,

      -against-

TANIA ZARAK,

                Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/18/2021

1:21-cv-06524 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      On August 2, 2021, Petitioner Arnaldur Schram filed a petition for return of E.Z. and S.Z. (the Children) to Iceland pursuant to the Convention on the Civil Aspects of International Child Abduction, done at the Hague on October 25, 1980, and the International Child Abduction Remedies Act ("ICARA"), 22 U.S.C. § 9001 et seq. *See* ECF 1. On August 13, 2021, this Court entered an Order to Show Cause [ECF No. 6] and held a Show Cause Hearing on August 18, 2021. The Court has now considered the petition for return, the Respondent's Response to the Order to Show Cause [ECF No. 10], and the discussions at the Show Cause Hearing. The Court finds that Petitioner has established good cause to proceed to discovery and an evidentiary hearing in this case. On the record at the Show Cause Hearing, the Court discussed a schedule for the remainder of this case with counsel. By 9:00AM on August 19, 2021, the parties must submit a letter to the Court proposing a final schedule based on the one suggested by the Court. The Court then will enter a final scheduling order.

      The Court also has considered Petitioner's requests for preliminary relief, pending resolution of the petition on the merits. Pursuant to the Court's authority under ICARA, it is hereby ordered that

- Respondent shall surrender her passport and travel documents and the passport and travel documents for both E.Z. and S.Z. to her counsel. Counsel is instructed not to provide the

1

documents back to Respondent absent further order of the Court.  Counsel will be held responsible for any failure to comply.

- The children, E.Z. and S.Z. may not travel outside of the Southern or Eastern District of New York pending resolution of the merits of the petition.

**SO ORDERED.**

Date:  August 18, 2021
      New York, NY

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
United States District Judge