USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/28/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARNALDUR SCHRAM,

                Petitioner,

-v.-

TANIA ZARAK,

                Respondent.

21 Cv. 6524 (MKV)

**ORDER**

MARY KAY VYSKOCIL, District Judge:

    The Final Pretrial Conference in this case will take place on October 1, 2021 at 2:00PM in Courtroom 18C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York. As previously ordered, trial will begin on October 4, 2021 at 11:00AM in the same courtroom.

    By 5:00PM on September 30, 2021, counsel for the parties are directed to deliver two copies of all proposed exhibits, tabbed and in binders, to my Chambers.

Dated:   September 28, 2021
             New York, New York

                                        _____
                                        MARY KAY VYSKOCIL
                                        United States District Judge