UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In the Matter of E.Z., and S.Z.

ARNALDUR SCHRAM

                  Petitioner,                        21 **CIVIL** 6524 (MKV)

    -against-                                         **<u>JUDGMENT</u>**

TANIA ZARAK,

                  Respondent.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated November 2, 2021, The Court finds that Petitioner has proven by a preponderance of the evidence that E.Z. and S.Z. were habitual residents of Iceland at the time Respondent removed them to New York, after telling Petitioner and others that she intended to return to Iceland after going to Mexico for a long-planned family reunion. Respondent does not contest that Petitioner has otherwise established the other two elements of his claim under the Convention. (Tr. at 1161:12–25).

      Accordingly, IT IS HEREBY ORDERED that the petition is GRANTED. E.Z. and S.Z. shall be returned to Iceland, their country of habitual residence. On August 18, 2021, the Court issued an order directing Respondent to surrender the passport and travel documents for both E.Z. and S.Z. to her counsel. [ECF No. 12]. Counsel for Respondent is ordered to release the passports of E.Z. and S.Z. to counsel for Petitioner. The parties shall coordinate to ensure the prompt and safe return of the children to Iceland.

      Because the Hague Convention requires the "prompt" repatriation of the child to the country of habitual residence, this Court will grant a stay of return until November 17, 2021, at 5 p.m. to permit a stay application to be made to the United States Court of Appeals for the Second Circuit if

Respondent so desires, and otherwise denies a stay pending appeal. The parties should use this time to coordinate the children's orderly return to Iceland. Judgment is entered in favor of Petitioner and this case is closed.

**Dated:**  New York, New York
November 3, 2021

                                        **RUBY J. KRAJICK**
                                        **Clerk of Court**
**BY:**  _/s/ David J. Thomas_
                                        **Deputy Clerk**